UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| ARLIN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:24-CV-068-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF RECUSAL** |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Upon review of this matter, pursuant to 28 U.S.C. § 455, the Court must conclude that recusal in this matter is required.  For this reason,

**IT IS HEREBY ORDERED** that Judge Claria Horn Boom **RECUSES** from this matter. The Court hereby **DIRECTS** the Clerk of Court to reassign the case by random draw to another Judge accepting cases on the London docket pursuant to the General Order governing case assignment.

This the 28th day of May, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -